

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALD LEBOEUF #315873** | **CIVIL ACTION** |
| versus | **NO. 04-3355** |
| **BURL CAIN, WARDEN** | **SECTION: "F" (1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition of **Gerald LeBoeuf** for federal *habeas corpus* relief be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 25th day of November, 2005.

Martin P. C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
 X  Dktd ___
___ CtRmDep ___
___ Doc. No ___